**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, ET AL.,[1] | (Jointly Administered) |
| | Case No. 09-21481-BKC-AJC |
| Debtors. _____ / | |
| FONTAINEBLEAU LAS VEGAS LLC, | |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA, N.A., *et al.*, | Adv. Pro. No. 09-01621-ap-AJC |
| Defendants. _____ | |

### FONTAINEBLEAU'S MOTION FOR A SCHEDULING CONFERENCE AND ENTRY OF A CASE MANAGEMENT ORDER WITH RESPECT TO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND RELATED RELIEF

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure, Plaintiff Fontainebleau Las Vegas, LLC ("Fontainebleau") respectfully submits this motion for a scheduling conference at the Court's earliest convenience and the entry of a case management order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), setting an expedited schedule for the briefing and consideration of Fontainebleau's Motion For (B) Partial

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337], (ii) Fontainebleau Las Vegas, LLC [9332], and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida 33180.

Summary Judgment With Respect To The March 2 Notice of Borrowing; (B) An Order Pursuant To 11 U.S.C. §542 Directing The Turnover Of Funds To The Debtors' Estate; And (C) Expedited Filing And Consideration (the "Summary Judgment Motion"), filed yesterday.

Fontainebleau's Summary Judgment Motion seeks a determination that the defendant revolver banks in this adversary proceeding (the "Revolver Banks") -- lenders for the multi-billion-dollar Fontainebleau Las Vegas casino-resort development project -- breached the Credit Agreement by improperly rejecting Fontainebleau's March 2, 2009 notice of borrowing, which, as amended, required each of the Banks to fund its *pro rata* share of $656.5 million in binding loan commitments into a designated account to be used for the payment of project costs. Because those funds are property of the bankruptcy estate, Fontainebleau's motion also seeks an order directing the turn over of those funds pursuant to Bankruptcy Code section 542.

The expeditious resolution of Fontainebleau's motion will materially enhance the ultimate disposition of this action. Indeed, given the present state of the credit markets and economic conditions in Las Vegas, a favorable resolution of this litigation is the only means by which to obtain funding to complete construction of the Project. If the present motion is granted, the Debtors' estate will receive *hundreds of millions of dollars* in additional funds that can then be used, subject to the Bankruptcy Code and Rules, to finance the Debtors' reorganization. Finally, Fontainebleau believes that the entry of partial summary judgment will also assist the parties to narrow the issues and perhaps reach a consensual resolution of their differences.

WHEREFORE, Fontainebleau respectfully requests that this Court set a scheduling conference at its earliest convenience to consider scheduling matters in general, and, in particular, to set an expedited schedule for briefing and arguing Fontainebleau's motion for partial summary judgment.

3

Dated: Miami, Florida
June 11, 2009

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).**

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Proposed Counsel to the Debtor*
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

By: /s/ Scott L. Baena
    Scott L. Baena
    Florida Bar No. 186445
    Mindy A. Mora
    Florida Bar No. 678910
    Jay M. Sakalo
    Florida Bar No. 156310

and

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
*Proposed Litigation Counsel to the Debtor*
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Marc E. Kasowitz
N.Y. Bar No. 1309871
*(pro hac vice pending)*
David M. Friedman
N.Y. Bar No. 2275758
*(pro hac vice pending)*
Jed I. Bergman
N.Y. Bar No. 2928349
*(pro hac vice pending)*

Attorneys for Plaintiff
FONTAINEBLEAU LAS VEGAS LLC

3

# Exhibit A

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, ET AL.,[1] | (Jointly Administered) |
| | Case No. 09-21481-BKC-AJC |
| Debtors. _____/ | |
| FONTAINEBLEAU LAS VEGAS LLC, | |
| Plaintiff, | |
| v. | |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendants. _____ | Adv. Pro. No. 09-01621-ap-AJC |

---

[1] The last four digits of each Debtor's tax identification number are: (i) Fontainebleau Las Vegas Holdings, LLC [9337], (ii) Fontainebleau Las Vegas, LLC [9332], and (iii) Fontainebleau Las Vegas Capital Corp. [7822]. The Debtors' current mailing address is 19950 West Country Club Drive, Aventura, Florida 33180.

## [PROPOSED] CASE MANAGEMENT ORDER WITH RESPECT TO FONTAINEBLEAU'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS MATTER came before the Court on June [ ], 2009 at [ ] a.m./p.m. upon the Motion (the "Motion")[2] [D.E. #___] By Plaintiff For A Scheduling Conference And For Entry Of A Case Management Order With Respect To Its Motion For Partial Summary Judgment And Related Relief [D.E. # ]; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and due and sufficient notice of the Motion having been given; and notice and an opportunity to be heard having been provided at a scheduling conference held before the undersigned on June __, 2009; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b) and 11 U.S.C. § 542; and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and after consideration of the record and after due deliberation thereon, good and sufficient cause exists for the immediate entry of this Order. Accordingly, it is:

**ORDERED** as follows:

1.     The Motion is **GRANTED**.

2.     Defendants shall serve and file their answering briefs and all supporting affidavits or other materials on or before June __, 2009.

3.     Fontainebleau shall serve and file their reply brief and all supporting affidavits or other materials on or before July __, 2009.

---

[2]     Each defined term not otherwise defined in this Order shall have the meaning provided in the Motion.

4.      Oral argument on the motion is hereby set for _____ at the United States Bankruptcy Court for the Southern District of Florida, 51 S.W. 1st Avenue, Courtroom 1410, Miami, FL 33130.

# # #

<u>Submitted by:</u>

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena (Florida Bar No. 186445)
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

<u>Copies to:</u>
Scott L. Baena
*(Attorney Baena shall upon receipt serve a copy of this Order upon all interested parties and file a certificate of service.)*

3