**IVI**

CONSTRUCTION CONSULTING &
PROJECT MANAGEMENT

INSPECTION & VALUATION
INTERNATIONAL, INC.

106 Corporate Park Drive, Suite 417
White Plains, New York 10604
(914) 694-1900 (tel)
(914) 694-4007 (fax)
www.ivi-intl.com

March 5, 2009

Mr. Deven Kumar
VP of Development Finance
Fontainebleau Las Vegas, LLC.
2827 Paradise Road
Las Vegas, Nevada 89109
(702) 495-8055 (tel)
(702) 495-8403 (fax)
dkumar@fbresorts.com

Re: Fontainebleau Las Vegas
    Las Vegas, Nevada
    IVI Project No. V61210964

Dear Mr. Kumar:

Based upon our visits to the project over the last two months and some of the documents received, we have the following questions I hope that you could answer.

**Podium Venues**

Last month, IVI received a tentative venue opening schedule with a commitment of a coordinated schedule for discussion during the March draw meeting. According to Paul Bonvicino, this was not available during our meeting earlier this week. We are hoping to see the finalized schedule within a week. At this point in the project schedule, we would expect to have a better understanding of the design and budget approval status for the venues, and which are planned to be ready for the Grand Opening. Please provide this schedule as soon as possible. We are also asking for a summary of any costs in excess of the budget related to the venue completion.

**Owner Change Orders and Anticipated Cost Report**

Based upon our review of the Turnberry West Construction Requisition for the month of February 2009 (received last week) and the Anticipated Costs for Fontainebleau dated January 2009 (the "ACR"), there appears to be a delay in the execution of Owner Change Orders, which seems to have gotten larger recently.

NEW YORK · ATLANTA · AUSTIN · CHICAGO · LAS VEGAS
LOS ANGELES · MIAMI · WASHINGTON, D.C.
BARCELONA · LONDON · PARIS · NICE · STOCKHOLM





**EXHIBIT "B"**

Fontainebleau Las Vegas
IVI Project No. V61210964
March 5, 2009
Page 2 of 2

It appears that the ACR's "Anticipated Additional Costs", which were supposed to be a worst case projection of the potential owner change orders, are actually a summary of the projected costs to date with no projection of future needs.  This is not what the ACR should be representing.  This seems to be the case as just about all of the Anticipated Additional Costs (±$60,800,000) have now been included in TWC's latest requisition as a credit entry labeled "TW Construction – Commitments Against POCs".  It seems that TWC has already committed all of the Anticipated Additional Costs into their project as subcontractor change orders and Fontainebleau Las Vegas, LLC ("FBLV") has not signed the Owner Change Orders.  This give the indication that the project contingency is higher than it actually is.

This leads us to believe that FBLV and TWC are not on the same page with respect to the Owner Change Orders, which needs to be resolved, and that the entire picture regarding additional pending costs are not being fully shown.  At this point in the project, it is hard to believe that there are no additional costs or claims out there.  The ACR is designed to show the pending costs to the project and if all shown are already in TWC's requisitions as credits, which balances the contract amounts against the project budget, there must be items missing.

We would like to see a submission of the future potential claims being made by the subcontractors against TWC and any budget overruns related to the un-bought work.  Please update the ACR to show the potential exposures to FBLV and a better indication of the current contingency.

**LEED**

We continue to be concerned about the ability to achieve the required LEED credits for the project.  Based upon TWC's latest requisitions, it appears that there is still a ±$33,000,000 balance to be achieved.  At approximately 75% complete, we would expect to have seen a larger amount committed.  We understand that a detailed audit is currently in process; however, we ask that this be expedited to understand the extent of the projected shortfall.

We would like to have the requested documents before the submission of the next draw request.

Please call me at (914) 313-5113 or email me at robert.barone@ivi-intl.com if you have any questions.

Sincerely,

**INSPECTION & VALUATION INTERNATIONAL, INC.**

Robert W. Barone
Senior Vice President

RWB/bdi

Cc: Paul Bonvicino – IVI, Brandon Bolio – Bank of America

L:\003 Project Files\003.3 Project Management Oversight (PMO)\2006\V61210964-Fontainebleau Las Vegas\01. Correspondence\kumar.doc 3/5/09

