UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC, *et al.*,

                 Debtors.

_____/

Case No. 09-21481-BKC-AJC

Chapter 11

(Jointly Administered)

FONTAINEBLEAU LAS VEGAS LLC,

                 Plaintiff,

v.

BANK OF AMERICA, N.A., *et al.*,

                 Defendants.

_____/

Adv. Pro. No. 09-01621-ap-AJC

## DEFENDANTS' DESIGNATION OF RECORD IN CONNECTION WITH OF MOTION TO WITHDRAW THE REFERENCE

Pursuant to Local Rule 5011-1(B)(1), Defendants hereby submit the following designation of items in connection with their Motion to Withdraw the Reference:

| Document No. | Docket Entry No. | Description |
| --- | --- | --- |
| 1. | Case No. 09-01621-1 | Complaint by Fontainebleau Las Vegas, LLC against Bank of America, N.A., Merrill Lynch Capital Corporation, JPMorgan Chase Bank, N.A., Barclays Bank PLC, Deutsche Bank Trust Company Americas, The Royal Bank of Scotland PLC, Sumitomo Mitsui Banking Corporation New York, Bank of Scotland, HSH Nordbank AG, New York Branch, MB Financial Bank, N.A. (June 9, 2009). |
| 2. | Case No. 09-01621-5 | Amended Complaint for Declaratory Judgment; Specific Performance and/or Damages (June 10, 2009). |
| 3. | Case No. 09-01621-6 | Fontainebleau's Motion for (A) Partial Summary Judgement on Liability with Respect to the March |

| Document No. | Docket Entry No. | Description |
|---|---|---|
| | | 2 Notice of Borrowing; (B) an Order Pursuant to 11 U.S.C. § 542 Directing the Turnover of Funds to the Debtors' Estate; and (C) Expedited Filing and Consideration of this Motion, and Memorandum of Law in Support Thereof (June 10, 2009). |
| 4. | Case No. 09-01621-7 | Affirmation of Jed. I. Bergman in Support of Plaintiff's Partial Motion for Summary Judgment, and attached exhibits (June 10, 2009). |
| 5. | Case No. 09-01621-8 | Affidavit of James A. Freeman, Ex. A, June 6, 2007 Credit Agreement; Ex. B, June 6, 2007 Disbursement Agreement |
| 6. | Case No. 09-21481-5 | Declaration of Howard C. Karawan in Support of Debtors' Chapter 11 Petitions and First Day Filings (June 10, 2009). |
| 7. | Annexed to the Motion for Withdrawal | Letter from Henry Yu of Bank of America to Jim Freeman of Fontainebleau Resorts LLC (Mar. 4, 2009) |
| 8. | Annexed to the Motion for Withdrawal | Letter from Henry Yu of Bank of America to Jim Freeman of Fontainebleau Resorts LLC (Mar. 10, 2009) |
| 9. | Annexed to the Motion for Withdrawal | Fontainebleau Anticipated Costs Report as of Apr. 14, 2009 |
| 10. | Annexed to the Motion for Withdrawal | Fontainebleau Notice to Indenture Trustee (Apr. 16, 2009) |
| 11. | Annexed to the Motion for Withdrawal | Complaint in *CCS Int'l v. Fontainebleau Las Vegas, LLC*, No. 2:09-cv-00853-KJD-PAL (D. Nev.) (May 12, 2009) |
| 12. | Annexed to the Motion for Withdrawal | Complaint and Attachments in *Avenue CLO Fund, Ltd., et al., v. Bank of America, N.A., et al.*, 2:09-cv-01047-KJD-PAL (D. Nev.) (June 9, 2009) |

Dated: June 16, 2009

Greenberg Traurig, LLP

By: /s/ Mark D. Bloom
Mark D. Bloom
Florida Bar No. 303836
GREENBERG TRAURIG, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bloomm@gtlaw.com

-and-

SIMPSON THACHER & BARTLETT LLP
Thomas C. Rice (*pro hac vice pending*)
David Woll (*pro hac vice pending*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: trice@stblaw.com
　　　　dwoll@stblaw.com

ATTORNEYS FOR DEFENDANTS JPMORGAN CHASE BANK, N.A., BARCLAYS BANK PLC, DEUTSCHE BANK TRUST COMPANY AMERICAS, and THE ROYAL BANK OF SCOTLAND PLC

| | |
|---|---|
| Craig V. Rasile<br>Kevin M. Eckhardt<br>HUNTON & WILLIAMS LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33131<br>Telephone:  (305) 810-2500<br>Facsimile:  (305) 810-1669<br>E-Mail:  crasile@hunton.com<br>            keckhardt@hunton.com<br><br>            -and-<br><br>Bradley J. Butwin (*pro hac vice pending*)<br>Jonathan Rosenberg (*pro hac vice pending*)<br>Daniel L. Cantor (*pro hac vice pending*)<br>William J. Sushon (*pro hac vice pending*)<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>Facsimile:  (212) 326-2061<br>E-mail:  bbutwin@omm.com<br>          jrosenberg@omm.com<br>          dcantor@omm.com<br>          wsushon@omm.com<br><br>Attorneys for BANK OF AMERICA, N.A. and MERRILL LYNCH CAPITAL CORPORATION | SHUTTS & BOWEN LLP<br>Robert G. Fracasso<br>rfracasso@shutts.com<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL 33131<br>Telephone:  (305) 379-9102<br>Facsimile:  (305) 347-7802<br><br>            -and-<br><br>MAYER BROWN LLP<br>Jean-Marie L. Atamian (*pro hac vice pending*)<br>Jason I. Kirschner (*pro hac vice pending*)<br>1675 Broadway<br>New York, New York 10019-5820<br>Telephone:  (212) 506-2500<br>Facsimile: (212) 262-1910<br><br>ATTORNEYS FOR SUMITOMO MITSUI BANKING CORPORATION |

STEARNS WEAVER MILLER
WEISSLER ALHADEFF & SITTERSON, PA
Harold D. Moorefield, Jr.
Drew M. Dillworth
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

-and-

KATTEN MUCHIN ROSENMAN LLP
Kenneth E. Noble (*pro hac vice pending*)
Anthony L. Paccione (*pro hac vice pending*)
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

ATTORNEYS FOR DEFENDANT BANK OF SCOTLAND PLC

RICE PUGATCH ROBINSON & SCHILLER, P.A.
Arthur Halsey Rice
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

KAYE SCHOLER LLP
Aaron Rubinstein (*pro hac vice pending*)
Phillip A. Geraci (*pro hac vice pending*)
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

ATTORNEYS FOR DEFENDANT HSH NORDBANK AG, NEW YORK BRANCH

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system upon the parties who are currently on the list to receive e-mail notice/service for this case on this __ day of June, 2009.

Dated: June __, 2009

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP
Attorneys for Barclays Bank PLC, Deutsche Bank Trust Company Americas, JPMorgan Chase Bank, N.A., and Royal Bank of Scotland PLC
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

By: _____