# EXHIBIT

# A

March 4, 2009

Via Electronic Mail


Jim Freeman, Senior Vice President and Chief Financial Officer
Fontainebleau Resorts LLC
Fontainebleau Las Vegas, LLC
2827 Paradise Road
Las Vegas, NV 89109
jfreeman@fontainebleau.com


      Re:      Credit Agreement dated as of June 6, 2007 among Fontainebleau Las Vegas, LLC (the "Company"), Fontainebleau Las Vegas II, LLC, the Lenders, and Bank of America, N.A., as Administrative Agent

Dear Mr. Freeman:

      I am officer within Bank of America's Special Assets Group with responsibility for Fontainebleau Nevada. We have formed an ad hoc steering committee with other Lenders under the Credit Agreement constituting a majority in interest of the Lenders under the Credit Agreement. The steering committee unanimously concurs that your Loan Notice does not conform to the requirements of the Credit Agreement.

      The Lenders have been increasingly anxious to have a meeting with the Company to discuss the current status and prospects of the Fontainebleau Las Vegas Project, including construction issues, the challenges which the current economic crisis poses for the Project, and other topics of interest. We have made several attempts to schedule a call or meeting without success, and reiterate that it is critically important that the Company meet with the Lenders.

      As an immediate step, we request that a meeting with Bank of America and other members of the steering committee be held Monday or Tuesday of next week, in Las Vegas. We would also like to schedule a meeting with the full lender group at the earliest possible date.

      At the steering group meeting, we request that you and other members of the Fontainebleau senior management team be available to make a presentation focusing on the general status of the Project, the effect of the financial and market environment upon the Project and its expected operation, the financial condition of the Company and relevant affiliates (including both Fontainebleau Resorts and Turnberry Residential) and the Company's ability to complete and successfully operate the Project. A list of topics which we request that you cover is attached to this letter. We believe that it is important for Company executives having both financial and construction responsibility to be in attendance.

      We think it is unlikely that more than a few of the Lenders would be able to physically attend the meeting, but for those who can be present, a brief tour of the Project would be

extremely helpful. We would appreciate it if construction personnel could be available to guide and narrate the tour.

It is critical that the Company meet and interact with its Lenders. Please let us know if you will make yourself available to meet on Monday or Tuesday.

Very truly yours,

BANK OF AMERICA, N.A, as Administrative Agent

By: _____
Henry Yu, Senior Vice President

Fontainbleau Las Vegas – Lender Meeting Topics.

- General Status of Project;

- March Advance Request – please assure that this is promptly submitted;

- Adequacy of the contingency for the Project;

- Project cost issues including the status of LEED credits and Subcontractor costs associated with accelerated schedule

- Any plans for the Company may have for timetable or scope adjustments to achieve cost savings;

- The status of the Company's efforts to provide for the operation of the Project, including staff hiring, group reservations and other marketing efforts, licensing and other pre-opening activities;

- The absence of condominium sales, the impact of the impending Condo Price Adjustment upon the construction budget for the Project and the In-Balance Test, and the impact of increased leverage upon the ability of the Company to successfully operate the Project;

- A recap of the current In Balance calculation;

- Any plans the Company has to raise equity, either directly or through its parent entities;

- A general overview of the current status of related party financings, including Fontainebleau Resort's PIK Preferred shares, and Retail Facilities, and the Fontainebleau Miami project and mezzanine loan facilities;

- The status of negotiations with the Retail Lenders, a recap of the amounts funded by each of the Retail Lenders, and the prospects for continued fundings under the Retail Facility;

- The current financial status of Turnberry Residential;

- Discussion of current market conditions and expected impact upon operating results, and updated projections.