# EXHIBIT

# B

March 10, 2009

Via Electronic Mail

Jim Freeman, Senior Vice President and Chief Financial Officer
Fontainebleau Resorts LLC
Fontainebleau Las Vegas, LLC
2827 Paradise Road
Las Vegas, NV 89109
jfreeman@fontainebleau.com


      Re:    Credit Agreement dated as of June 6, 2007 among Fontainebleau Las Vegas, LLC
               (the "Company"), Fontainebleau Las Vegas II, LLC, the Lenders, and Bank of
               America, N.A., as Administrative Agent


Dear Mr. Freeman:

        This letter responds to your letters of March 6 and March 9, and to your claims in those letters that Bank of America's responses to the Notices of Borrowing you submitted on March 2 and March 3 were improper.

        First, you should be aware that the determination that these Notices of Borrowing did not comply with the terms of the Credit Agreement was unanimously supported by the members of the Steering Committee. The Steering Committee, which is comprised of Bank of America, Bank of Scotland, Barclays Capital, Deutsche Bank, Highland Capital, JP Morgan Chase Bank, Royal Bank of Scotland and Sumitomo, comprises over half of the Lenders in the Credit Agreement by commitment size, and includes Lenders under the Initial Term, Delay Draw Term and Revolving Facilities. The committee contains holders of the two largest positions in the Initial Term Loans and Delay Draw Term Loans. Specifically, Bank of America believes that members of the Steering Committee represent over 90% of the Revolving Lenders and over 25% of the Delay Draw Term Lenders and Initial Term Lenders. We have also invited other significant Initial Term Lenders and Delay Draw Term Lenders to participate in the Steering Committee subject to their agreement to become private-side Lenders, but none has agreed to do so.

        Your March 2 Notice of Borrowing was promptly submitted to the Lenders, and several Lenders funded a total of $29,525,005 . We returned funds when the determination was made that the March 2 Notice of Borrowing did not comply with the terms of the Credit Agreement. On March 3 you noted that the March 2 Notice of Borrowing contained a "scrivener's error," lowered the amount requested, and replaced the March 2 Notice of Borrowing with the March 3 Notice of Borrowing.

        The March 3 Notice of Borrowing was also promptly submitted by Bank of America to the Lenders. In a concurrent Intralinks posting, each of the Lenders was notified of

the Steering Committee's conclusion that the Notice of Borrowing did not comply with the terms of the Credit Agreement. However, the Intralinks posting offered each Lender which held a contrary view the opportunity to fund.[1]  None of the Lenders funded in response to the March 3 Notice of Borrowing.

Your letters state that you have been in regular communication with the Administrative Agent, however you have not returned my telephone calls. You have also refused to conduct a meeting or conference call with Bank of America or the other Lenders as a group during the past two weeks in spite of our continued requests. Pursuant to Section 9.2.1 of the Disbursement Agreement, you and your construction team in any event have the obligation to meet with Bank of America within three Banking Days of request. We have requested such a meeting on several occasions, including my letter of March 4.

Bank of America has offered to meet with the Company individually, with members of the Steering Committee, or as a part of a meeting with the entire bank group, but all of these offers have been refused. This weekend, Bank of America again offered to meet with you on a one-on-one basis as early as yesterday, but you have still not agreed to meet.

We are hereby requesting, in our capacities as both Administrative Agent and Disbursement Agent, that the Company attend a bank meeting in Las Vegas on Tuesday, March 17. This meeting is requested pursuant to Section 9.2.1 of the Disbursement Agreement and Section 6.6 of the Credit Agreement. At the meeting we would expect to discuss all of the topics listed in our March 4th letter. We're appending the attachment to that letter listing those topics for your convenience.

---

[1] That posting read as follows:

"We are posting a renewed Loan Notice from the Company. Bank of America has formed an ad hoc steering committee which unanimously supports the position that the renewed Loan Notice does not comply with the terms of the Credit Agreement.

Lenders which disagree with the steering committee's position are asked to immediately contact Bank of America, as Administrative Agent, to make operational arrangements for funding their portion of the requested borrowing."

Yesterday morning, you supplied a new Notice of Borrowing which requested the funding of the entire amount of the Delay Draw Term Loan Commitments. We have submitted this request to the Lenders, and await their response.

Very truly yours,

BANK OF AMERICA, N.A, as Administrative Agent and Disbursement Agent

By: _____

Henry Yu, Senior Vice President

cc:    Jeffrey Soffer
       Glenn Schaeffer

       Barclays Bank PLC
       Bank of Scotland, plc
       Deutsche Bank
       Highland Capital
       JPMorgan Chase Bank
       Royal Bank of Scotland
       Sumitomo Mitsui Bank

Fontainebleau Las Vegas – Lender Meeting Topics.

- General Status of Project;

- March Advance Request – please assure that this is promptly submitted;

- Adequacy of the contingency for the Project;

- Project cost issues including the status of LEED credits and Subcontractor costs associated with accelerated schedule

- Any plans for the Company may have for timetable or scope adjustments to achieve cost savings;

- The status of the Company's efforts to provide for the operation of the Project, including staff hiring, group reservations and other marketing efforts, licensing and other pre-opening activities;

- The absence of condominium sales, the impact of the impending Condo Price Adjustment upon the construction budget for the Project and the In-Balance Test, and the impact of increased leverage upon the ability of the Company to successfully operate the Project;

- A recap of the current In Balance calculation;

- Any plans the Company has to raise equity, either directly or through its parent entities;

- A general overview of the current status of related party financings, including Fontainebleau Resort's PIK Preferred shares, and Retail Facilities, and the Fontainebleau Miami project and mezzanine loan facilities;

- The status of negotiations with the Retail Lenders, a recap of the amounts funded by each of the Retail Lenders, and the prospects for continued fundings under the Retail Facility;

- The current financial status of Turnberry Residential;

- Discussion of current market conditions and expected impact upon operating results, and updated projections.