# EXHIBIT

# C

For Discussion Purposes Only

**Fontainebleau Resorts, Las Vegas**
**Turnberry West Construction, Inc.**
**Anticipated Costs as of April 14, 2009**

**DRAFT**
**Preliminary Analysis**
**Subject to Change**

| Project | 1<br>Original Budget April 07 | 2<br>Approved Owner Change Orders as of April 09 | =1+2<br>Current Budget April 2009 | 3A<br>POC's | X = 1+2+3A<br>April 2009 ACR | =X-(1+2)<br>Anticipated Additional Costs over Budget |
|---|---|---|---|---|---|---|
| Podium | $ 609,115,666 | $ 116,884,443 | $ 726,000,109 | $ 106,249,715 | $ 832,249,823 | $ 106,249,715 |
| Garage/Convention+ | $ 379,895,718 | $ 90,982,033 | $ 470,877,751 | $ 3,909,067 | $ 474,786,818 | $ 3,909,067 |
| Garage Collapse Claim | $ - | $ 5,060,279 | $ 5,060,279 | $ (1,519,717) | $ 3,540,562 | $ (1,519,717) |
| Tower | $ 653,718,930 | $ 62,186,925 | $ 715,905,855 | $ 31,391,599 | $ 747,297,454 | $ 31,391,599 |
| N. Podium | $ - | $ 17,472,684 | $ 17,472,684 | $ 16,541,161 | $ 34,013,845 | $ 16,541,161 |
| Site | $ 54,269,686 | $ (35,922,736) | $ 18,346,950 | $ 8,856,854 | $ 27,203,804 | $ 8,856,854 |
| General Conditions | $ 93,634,074 | $ 15,292,504 | $ 108,926,578 | $ 23,983,352 | $ 132,909,931 | $ 23,983,352 |
| **Subtotal** | **$ 1,790,634,074** | **$ 271,956,133** | **$ 2,062,590,207** | **$ 189,412,030** | **$ 2,252,002,237** | **$ 189,412,030** |
| TWC Contingency | $ 111,039,860 | $ (111,039,860) | $ - | $ - | $ - | $ - |
| *LEED Cost | $ 22,000,000 | $ (12,584,870) | $ 9,415,130 | $ (2,479,055) | $ 6,936,076 | $ (2,479,055) |
| **LEED Benefit | $ (59,000,000) | $ 59,000,000 | $ - | $ - | $ - | $ - |
| ***OCIP (in Projects) | $ - | $ - | $ - | $ - | $ - | $ - |
| **Subtotal Other** | **$ 74,039,860** | **$ (64,624,730)** | **$ 9,415,130** | **$ (2,479,055)** | **$ 6,936,076** | **$ (2,479,055)** |
| **Subtotal** | **$ 1,864,673,934** | **$ 207,331,403** | **$ 2,072,005,337** | **$ 186,932,975** | **$ 2,258,938,312** | **$ 186,932,975** |

**Owner Added Funding**

| | | | | | | |
|---|---|---|---|---|---|---|
| Owner Equity | $ 190,265,022 | $ (190,265,022) | $ - | | $ - | $ - |
| Garage Claim | $ 5,060,279.32 | $ (5,060,279) | $ - | | | |
| **Total w/Added Funding** | **$ 12,006,102** | | **$ 2,072,005,337** | **$ 186,932,975** | **$ 2,258,938,312** | **$ 186,932,975** |

4/14/09