# EXHIBIT

# D

**OFFICERS' CERTIFICATE OF
FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC
AND
FONTAINEBLEAU LAS VEGAS CAPITAL CORP.
DELIVERED PURSUANT TO
THAT CERTAIN INDENTURE DATED AS OF JUNE 6, 2007**

Reference is made to the Indenture, dated as of June 6, 2007 (the "Indenture"), among Fontainebleau Las Vegas Holdings, LLC (the "Issuer"), Fontainebleau Las Vegas Capital Corp. (the "Co-Issuer" and, together with the Issuer, the "Issuers"), Wells Fargo Bank, National Association, as trustee (the "Trustee") and the Guarantors thereto. Capitalized terms used but not defined herein shall have the meanings given to them in the Indenture.

Each of the undersigned hereby certify on behalf of the Issuer or the Co-Issuer, as the case may be, that:

1. the undersigned has read Section 4.03(a) and Section 4.04(c) of the Indenture;

2. the undersigned has examined and investigated the provisions of the Indenture as they relate to the statements contained in this Officers' Certificate;

3. it is the opinion of the undersigned that the undersigned has made such examination or investigation as is necessary to enable the undersigned to express an informed opinion as to whether or not the relevant covenant and conditions of the Indenture have been satisfied; and

4. other than as expressly set forth in this Officers' Certificate, it is the opinion of the undersigned that this Officers' Certificate satisfies the respective Issuer's requirement under Section 4.04(c) of the Indenture.

Each of the undersigned hereby informs the Trustee that:

1. the Issuer or the Co-Issuer, as the case may be, has failed to furnish to the Holders, or cause the Trustee to furnish to the Holders, audited annual financial statements of the Issuer and its consolidated Subsidiaries and Fontainebleau Resorts and its consolidated Subsidiaries (in each case, together with a report on the annual financial statements by the Issuer's and Fontainebleau Resorts' certified independent accountants, as the case may be) for the year ended December 31, 2008, within 15 days after the Issuer and Fontainebleau Resorts would have been required to file such information with the SEC if they were subject to the SEC's reporting requirements; and

2. The Issuers and Fontainebleau Resorts continue to work diligently with their certified independent accountants to complete the annual audited financial statements.

*(signature page follows)*

LA\1966061.2

IN WITNESS WHEREOF, the undersigned have duly executed this Officers' Certificate as of April 16, 2009.

**FONTAINEBLEAU LAS VEGAS HOLDINGS, LLC,**
a Nevada limited liability company

By: Fontainebleau Resort Properties I, LLC,
its Managing Member

By: Fontainebleau Resort Holdings, LLC,
its Managing Member

By: Fontainebleau Resorts, LLC,
its Managing Member

By: _____
Name: Jim Freeman
Title: SVP and CFO

By: _____
Name: William Bewley
Title: SVP and Treasurer

**FONTAINEBLEAU LAS VEGAS CAPITAL CORP.**
a Delaware corporation

By: _____
Name: Jim Freeman
Title: Authorized Signatory

By: _____
Name: William Bewley
Title: Authorized Signatory

*(signature page to Officers' Certificate)*

LA\1966061.2