1    Under the Credit Agreement, this amount was required to be funded by 12:00 noon on April 23,

2    2009. It was not, and thus Defendants once again breached their obligations under the Credit

3    Agreement.

**FIRST CLAIM FOR RELIEF**
**Breach of the Credit Agreement Against All Defendants**

6          184.    Plaintiffs reallege and incorporate each and every allegation contained in paragraphs

7    1 through 183 hereof.

8          185.    The Credit Agreement is a valid and binding contract, pursuant to which the

9    Defendants agreed to fund $790 million under the Revolver Facility.

10          186.    The March 2 Notice, the March 3 Notice, and the April 21 Notice (collectively,

11    "Notices of Borrowing") complied with all applicable conditions under the Credit Agreement.

12    Plaintiffs have performed all obligations required of them under the Credit Agreement.

13          187.    Pursuant to the terms of the Credit Agreement, the Defendants were, and continue to

14    be, obligated to honor the Notices of Borrowing.

15          188.    The Defendants' failure to honor the Notices of Borrowing constitutes a material

16    breach of their obligations under the Credit Agreement.

17          189.    In the Termination Letter, the Administrative Agent states that it and all Defendants

18    have determined that one or more Events of Default have occurred, although they failed to identify

19    any such Event of Default.

20          190.    By repudiating their obligations to fund under the Revolver Facility, the Defendants

21    have breached the Credit Agreement.

22          191.    Plaintiffs have suffered injury as a result of the breach because, as a result of the

23    Defendants' refusal to honor their obligation to fund the Revolver Facility, the amount and value of

24    Plaintiffs' collateral has been and continues to be diminished.

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

741299

### SECOND CLAIM FOR RELIEF
**Breach of the Disbursement Agreement Against BofA**

192.    Plaintiffs reallege and incorporate each and every allegation contained in paragraphs 1 through 191 hereof.

193.    The Disbursement Agreement is a valid and binding contract, pursuant to which BofA agreed to act as Bank Agent (which is defined in the Disbursement Agreement as the Administrative Agent under the Credit Agreement), and/or Disbursement Agent.  The Disbursement Agreement was intended to directly benefit Plaintiffs.

194.    The March 25, 2009 Advance Request, and perhaps prior Advance Requests, should have been denied due to one or more Defaults, Events of Default, or misrepresentations made as of the Advance Date.

195.    Pursuant to the terms of the Disbursement Agreement, BofA had a duty to exercise commercially reasonable efforts and use commercially prudent practices in approving Advance Requests.  As opposed to fulfilling these duties, BofA acted in bad faith and favored its own interests over that of the Delay Draw lenders.

196.    BofA's failure to fulfill its obligations as Bank Agent (Administrative Agent) and/or Disbursement Agent by approving the March 25, 2009 Advance constitutes a material breach of its obligations under the Disbursement Agreement.

197.    Plaintiffs have suffered injury as a result of the breach because, as a result of BofA's approval of the Advance Request, the amount and value of Plaintiffs' collateral has been and continues to be diminished.

741299

**THIRD CLAIM FOR RELIEF**
**Breach of the Implied Covenant of Good Faith and Fair Dealing**
**Against All Defendants**

198.    Plaintiffs reallege and incorporate each and every allegation contained in paragraphs 1 through 197 hereof.

199.    The Credit Agreement is a valid and binding contract, pursuant to which the Defendants agreed to fund $790 million under the Revolver facility.

200.    The Credit Agreement contained an implied covenant of good faith and fair dealing. The covenant is intended to prevent parties to a contract from destroying or injuring the right of another party to enjoy the fruits of the contract.

201.    Defendants owed Plaintiffs a duty of good faith and fair dealing as parties to the same Credit Agreement.

202.    The Administrative Agent and the other Defendants breached the covenant by adopting a contrived construction of the Credit Agreement in an attempt to justify their refusal to fund the Revolver Facility.  Furthermore, Defendants breached the covenant by terminating the Revolver Facility on the ground that an Event of Default had occurred when in fact no such Event of Default had been declared.

203.    Plaintiffs have performed all obligations required of them under the Credit Agreement.

204.    Plaintiffs have suffered injury as a result of the breach of the covenant because, as a result of the Defendants' refusal to honor their obligation to fund under the Revolver Facility, the amount and value of Plaintiffs' collateral has been and continues to be diminished.  Furthermore, Plaintiffs have been prevented from receiving the benefits of their bargain under the contract because their ability to obtain repayment on their loans has been endangered.

741299

## FOURTH CLAIM FOR RELIEF
### For Breach of the Implied Covenant of Good Faith Against BofA

205.    Plaintiffs reallege and incorporate each allegation contained in paragraphs 1 through 204 hereof.

206.    As agent for Plaintiffs, BofA assumed duties to Plaintiffs to communicate all material facts fully and completely at the time of any required communication, and not to prefer one set of lenders over another in its communications and actions.

207.    Defendant BofA breached its duties by virtue of the acts and advice described above.

208.    None of the Plaintiffs were aware of the material, omitted facts that BofA failed to communicate, and reasonably relied on the BofA silence to indicate that such facts did not exist.

209.    In reasonable reliance on the assumption that they were in possession of all material facts, and being unaware of facts known to BofA and not known by Plaintiffs, the Plaintiffs funded their share of requested loan proceeds at a time when it was unlikely that those advances would ever be repaid.  Had they known the truth, Plaintiffs could have terminated their obligations to fund the Delay Draw Facility prior to the March 9 Notice.

210.    As a result of BofA's failure to properly disclose truthful information concerning the Borrowers and/or the Project, Plaintiffs have been injured in an amount to be established at trial.

## FIFTH CLAIM FOR RELIEF
### For Declaratory Relief Against All Defendants

211.    Plaintiffs reallege and incorporate each and every allegation contained in paragraphs 1 through 210 hereof.

212.    A dispute has arisen between Plaintiffs and Defendants regarding their respective rights and obligations under the Credit Agreement.  Plaintiffs contend that Defendants have breached this agreement by failing to fund and by terminating their loan commitments under the Revolver Facility.  Plaintiffs are informed and believe and thereon allege that Defendants contend

-31-

741299

1    that they have acted in good faith and in compliance of their obligations under the Credit

2    Agreement.

3        213.    A judicial determination is therefore necessary to resolve this dispute and ascertain

4    the respective rights of the parties with regard to the actions and agreements referenced in this

5    complaint.

### SIXTH CLAIM FOR RELIEF
#### For Declaratory Relief Against BofA

8        214.    Plaintiffs reallege and incorporate each and every allegation contained in paragraphs

9    1 through 213 hereof.

10        215.    A dispute has arisen between Plaintiffs and BofA regarding BofA's obligations to

11    Plaintiffs as intended third party beneficiaries under the Disbursement Agreement. Plaintiffs contend

12    that BofA has breached this agreement by approving the March 25, 2009 Advance Request.

13    Plaintiffs are informed and believe and thereon allege that BofA contends that it has acted in good

14    faith and in compliance with its obligations under the Disbursement Agreement.

15        216.    A judicial determination is therefore necessary to resolve this dispute and ascertain

16    the respective rights of the parties with regard to the actions and agreements referenced in this

17    complaint.

### PRAYER FOR RELIEF

19    **WHEREFORE,** Plaintiffs pray for judgment against the Defendants, and each of them,

20        (a)      For compensatory damages in an amount subject to proof at trial.

21        (b)      For a declaration that Defendants have breached their contractual duties under the

22    Credit Agreement as set forth above entitling Plaintiffs to damages in an amount subject to proof at

23    trial.

24        (c)      For a declaration that BofA has breached its contractual duties under the

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

741299

1  Disbursement Agreement as set forth above entitling Plaintiffs to damages in an amount subject to

2  proof at trial.

3      (d)    For a declaration that Plaintiffs are excused from performance of any obligations

4  owing to Defendants under the Credit Agreement.

5      (e)    An award of the costs of suit including attorneys' fees.

6      (f)    Any further relief as this Court deems just and proper.

7                              **JURY DEMAND**

8      Plaintiffs demand a trial by jury for all issues so triable.

9

10  DATED: June 9, 2009                    HENNIGAN, BENNETT & DORMAN LLP

11

12

13                              By: /s/J. Michael Hennigan

14                                  J. Michael Hennigan *(will comply with LR 1A
                                    10-2 within 45 days)*
                                    Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

741299

# ATTACHMENT 1

℀JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Avenue CLO Fund, Ltd., et al.
See attachment A

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Hennigan, Bennett & Dorman, 865 S. Figueroa Street, Suite 2900,
Los Angeles, CA 90017

**DEFENDANTS**

Bank of America, N.A., et al.
See attachment B

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

---

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

---

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
12 U.S.C. § 632

Brief description of cause:
Breach of contract claim

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE  Chief Judge Roger L. Hunt   DOCKET NUMBER  2:09-CV-00860-RLH-GWF

DATE
06/09/2009

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# ATTACHMENT A

## PLAINTIFFS:

**AVENUE CLO II, LTD.**
**AVENUE CLO III, LTD.**
**AVENUE CLO IV, LTD.**
**AVENUE CLO V, LTD.**
**AVENUE CLO VI, LTD.**
**BABSON CLO LTD. 2004-I**
**BABSON CLO LTD. 2004-II**
**BABSON CLO LTD. 2005-I**
**BABSON CLO LTD. 2005-II**
**BABSON CLO LTD. 2005-III**
**BABSON CLO LTD. 2006-I**
**BABSON CLO LTD. 2006-II**
**BABSON CLO LTD. 2007-I**
**ARTUS LOAN FUND 2007-I LTD.**
**BABSON LOAN OPPORTUNITY CLO, LTD.**
**JFIN CLO 2007 LTD.**
**SAPPHIRE VALLEY CDO I, LTD.**
**JEFFERIES FINANCE CP FUNDING LLC**
**BRIGADE LEVERAGED CAPITAL STRUCTURES FUND, LTD.**
**BATTALION CLO 2007-1 LTD.**
**CANYON CAPITAL ADVISORS, LLC**
**CASPIAN CORPORATE LOAN FUND, LLC**
**CASPIAN CAPITAL PARTNERS, L.P.**
**CASPIAN SELECT CREDIT MASTER FUND, LTD.**
**MARINER OPPORTUNITIES FUND, LP**
**SANDS POINT FUNDING LTD.**
**COPPER RIVER CLO LTD.**
**KENNECOTT FUNDING LTD.**
**NZC OPPORTUNITIES (FUNDING) II LIMITED**
**GREEN LANE CLO LTD.**
**1888 FUND, LTD.**
**ORPHEUS FUNDING LLC**
**ORPHEUS HOLDINGS LLC**
**LFC2 LOAN FUNDING LLC**
**HALCYON LOAN INVESTORS CLO I LTD.**
**HALCYON LOAN INVESTORS CLO II LTD.**

2

HALCYON STRUCTURED ASSET MANAGEMENT LONG
SECURED/SHORT UNSECURED CLO 2006-1 LTD.
HALCYON STRUCTURED ASSET MANAGEMENT EUROPEAN CLO
2008-II B.V.
HALCYON STRUCTURED ASSET MANAGEMENT CLO I LTD.
HALCYON STRUCTURED ASSET MANAGEMENT LONG
SECURED/SHORT UNSECURED 2007-1 LTD.
HALCYON STRUCTURED ASSET MANAGEMENT LONG
SECURED/SHORT UNSECURED 2007-2 LTD.
HALCYON STRUCTURED ASSET MANAGEMENT LONG
SECURED/SHORT UNSECURED 2007-3 LTD.
ABERDEEN LOAN FUNDING, LTD.
ARMSTRONG LOAN FUNDING, LTD.
BRENTWOOD CLO, LTD.
EASTLAND CLO, LTD.
EMERALD ORCHARD LIMITED
GLENEAGLES CLO, LTD.
GRAYSON CLO, LTD.
GREENBRIAR CLO, LTD.
HIGHLAND CREDIT OPPORTUNITIES CDO, LTD.
HIGHLAND LOAN FUNDING V, LTD.
HIGHLAND OFFSHORE PARTNERS, L.P.
JASPER CLO, LTD.
LIBERTY CLO, LTD.
LOAN FUNDING IV LLC
LOAN FUNDING VII LLC
LOAN STAR STATE TRUST
LONGHORN CREDIT FUNDING, LLC
RED RIVER CLO, LTD.
ROCKWALL CDO LTD.
ROCKWALL CDO II, LTD.
SOUTHFORK CLO, LTD.
STRATFORD CLO, LTD.
WESTCHESTER CLO, LTD.
ING PRIME RATE TRUST
ING SENIOR INCOME FUND
ING INTERNATIONAL (II) - SENIOR BANK LOANS EURO
ING INTERNATIONAL (II) - SENIOR BANK LOANS USD
ING INVESTMENT MANAGEMENT CLO I, LTD.
ING INVESTMENT MANAGEMENT CLO II, LTD.

3

ING INVESTMENT MANAGEMENT CLO III, LTD.
ING INVESTMENT MANAGEMENT CLO IV, LTD.
ING INVESTMENT MANAGEMENT CLO V, LTD.
ENCORE FUND LP
NUVEEN FLOATING RATE INCOME FUND
FORTISSIMO FUND
NUVEEN FLOATING RATE INCOME OPPORTUNITY FUND
NUVEEN SENIOR INCOME FUND
SYMPHONY CREDIT OPPORTUNITY FUND, LTD.
SYMPHONY CLO I, LTD.
SYMPHONY CLO II, LTD.
SYMPHONY CLO III, LTD.
SYMPHONY CLO IV, LTD.
SYMPHONY CLO V, LTD.
CARLYLE HIGH YIELD PARTNERS 2008-1, LTD.
CARLYLE HIGH YIELD PARTNERS V, LTD.
CARLYLE HIGH YIELD PARTNERS VI, LTD.
CARLYLE HIGH YIELD PARTNERS VII, LTD.
CARLYLE HIGH YIELD PARTNERS VIII, LTD.
CARLYLE HIGH YIELD PARTNERS IX, LTD.
CARLYLE LOAN INVESTMENT, LTD.
CENTURION CDO VI, LTD.
CENTURION CDO VII, LTD.
CENTURION CDO 8, LIMITED
CENTURION CDO 9, LIMITED
CENT CDO 10 LIMITED
CENT CDO XI LIMITED
CENT CDO 12 LIMITED
CENT CDO 14 LIMITED
CENT CDO 15 LIMITED
VENTURE II CDO 2002, LIMITED
VENTURE III CDO LIMITED
VENTURE IV CDO LIMITED
VENTURE V CDO LIMITED
VENTURE VI CDO LIMITED
VENTURE VII CDO LIMITED
VENTURE VIII CDO LIMITED
VENTURE IX CDO LIMITED
VISTA LEVERAGED INCOME FUND
VEER CASH FLOW CLO, LIMITED

4

745682

**DUANE STREET CLO 1, LTD.**
**DUANE STREET CLO II, LTD.**
**DUANE STREET CLO III, LTD.**
**DUANE STREET CLO IV, LTD.**
**DUANE STREET CLO V, LTD.**
**JAY STREET MARKET VALUE CLO I, LTD.**
**RIVA RIDGE MASTER FUND, LTD.**
**MARINER LDC**
**GENESIS CLO 2007-1 LTD.**

745682

# ATTACHMENT B

## DEFENDANTS:

**SUMITOMO MITSUI BANKING CORPORATION**
**HSH NORDBANK AG**
**BANK OF AMERICA, N.A.**
**MERRILL LYNCH CAPITAL CORPORATION**
**JPMORGAN CHASE BANK, N.A.**
**BARCLAYS BANK PLC**
**DEUTSCHE BANK TRUST COMPANY AMERICAS**
**THE ROYAL BANK OF SCOTLAND PLC**
**BANK OF SCOTLAND**
**MB FINANCIAL BANK, N.A.**
**CAMULOS MASTER FUND, L.P.**

# ATTACHMENT 2

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Bank of America, N.A.
101 S Tryon Street
Charlotte, North Carolina 28280-0002

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# ATTACHMENT 3

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrill Lynch Capital Corporation
c/o CT Corporation System
111 8th Avenue
New York, NY 10011-5201

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                 *Signature of Clerk or Deputy Clerk*

# ATTACHMENT 4

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JPMorgan Chase Bank, N.A.
c/o CT Corporation System
400 Cornerstone Drive, Suite 240
Williston, Vermont 05495-4019

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

# ATTACHMENT 5

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | |
|---|---|
| Avenue CLO Fund, Ltd., et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Bank of America, N.A., et al. | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Barclays Bank PLC
c/o CT Corporation System
350 N Saint Paul Street
Dallas, Texas 75201-4240

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

# ATTACHMENT 6

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deutsche Bank Trust Company Americas
c/o CT Corporation System
350 N Saint Paul Street
Dallas, Texas 75201-4240

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                   *Signature of Clerk or Deputy Clerk*

# ATTACHMENT 7

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Royal Bank of Scotland PLC
c/o Corporation Service Company
50 Weston Street
Hartford, Conneticut 06120-1504

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                     *Signature of Clerk or Deputy Clerk*

# ATTACHMENT 8

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sumitomo Mitsui Banking Corporation
c/o CT Corporation System
350 N. Saint Paul Street
Dallas, Texas 75201-4240

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

# ATTACHMENT 9

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bank of Scotland
c/o CT Corporation System
2700 Lake Cook Road
Riverwoods, Illinois 60016-3867

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# ATTACHMENT 10

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HSH Nordbank AG
230 Park Avenue, Suite 3200
New York, NY 10169-3203

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# ATTACHMENT 11

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    MB Financial Bank, N.A.
c/o CT Corporation System
251 E Ohio Street, Suite 1100
Indianapolis, Indiana 46204-2147

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*

# ATTACHMENT 12

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| Avenue CLO Fund, Ltd., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Bank of America, N.A., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Camulos Master Fund, L.P.
3 Landmark Square, 4th Floor
Stamford, Connecticut 06901-2515

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    J. Michael Hennigan, Esq.
Hennigan, Bennett & Dorman LLP
865 S. Figueroa Streeet
Suite 2900
Los Angeles, California 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*